PEOPLE *v.* WOODS. Appeal from Berrien, Karl F. Zick, J. Submitted Division 3 June 10, 1971, at Grand Rapids. (Docket No. 9698.) Decided June 29, 1971. Leave to appeal denied, 386 Mich 783.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Ronald J. Taylor,* Prosecuting Attorney, and *John A. Smietanka,* Assistant Prosecuting Attorney (prepared by *Edward Welsh*), for the people.

*Eddie D. Smith,* for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and J. H. GILLIS, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of the unlawful use of an automobile, MCLA § 750.414 (Stat Ann § 28.646), and was sentenced to serve 1–1/2 to 2 years in the state prison.

Defendant appeals contending that the evidence was not sufficient to sustain the verdict.

An examination of the record belies defendant's contention and discloses no error which requires reversal.


PEOPLE *v.* ANSLEY. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 May 4, 1971, at Detroit. (Docket No. 9834.) Decided June 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and T. M. BURNS, JJ.

MEMORANDUM OPINION. This is an appeal from defendant's retrial after having successfully appealed his first conviction. See *People v. Ansley* (1969), 18 Mich App 659. While the proofs on retrial, as at the prior trial, obviously indicate guilt, defendant fared better with this jury and was found guilty of manslaughter.\* Defendant raises numerous assignments of error, none of which are persuasive of the fact that he was denied a fair trial.

A careful examination of the record discloses no jurisdictional or fundamental errors of law.

Affirmed.


---

\* CL 1948, § 750.321 (Stat Ann 1954 Rev § 28.553).